UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

Case No.: 9:19-cv-80915-RLR

GLORIA CALDAROLA,

     Plaintiff,

v.

DOWNTOWN WELLNESS
CENTER, LLC, and GOLD
CHIROPRACTIC, P.A.,

     Defendants.

_____/

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Defendants Downtown Wellness Center, LLC, and Gold Chiropractic, P.A., ("Defendants") respectfully move for a brief extension of time to and including August 26, 2019 to answer, move, or otherwise respond to Plaintiff's Complaint, and state the following in support:

1. Plaintiff filed the Complaint on July 11, 2019 and served Defendants with the Summons and Complaint on July 22, 2019, accordingly, the response deadline is August 12, 2019.

2. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

3. This request is being made before the original deadline expires.

4. Defendants' counsel was retained on August 8, 2019.  Defendants' counsel is in

the process of intaking and reviewing Defendants' files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate response to the Complaint on behalf of the Defendants, Defendants are requesting this brief extension of time. Furthermore, the Parties are engaging in discussions to determine if early resolution of this matter is possible.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. Defendants respectfully suggest that good cause has been shown for the requested enlargement.

7. The undersigned has discussed the subject matter of this motion with Plaintiff's, counsel, and Plaintiff does not oppose the relief sought herein. A Proposed Order granting this Motion is attached hereto and will be e-mailed to the Court pursuant to Local Rule 7.1(a)(2).

WHEREFORE, Defendants Downtown Wellness Center, LLC, and Gold Chiropractic, P.A. respectfully request an extension of time up to and including August 26, 2019, to answer, move, or otherwise respond to Plaintiff's Complaint.

## **LOCAL RULE 7.1(a)(3) CERTIFICATE**

Counsel for Defendants has conferred with counsel for Plaintiff who has no objection to the relief requested.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 8th day of August, 2019.

        Respectfully submitted,
        JET DOT LAW, PLLC
        12249 Science Drive, Suite 155
        Orlando, Florida 32826

        By:  s/Jesse I. Unruh

            Jesse I. Unruh, Esq.
            Florida Bar No. 93121
            jesse@jet.law

        Attorney for Defendants | DOWNTOWN
        WELLNESS CENTER, LLC, and GOLD
        CHIROPRACTIC, P.A,

## **CERTIFICATE OF SERVICE**

      I hereby Certify that on this 8th day of August, 2019, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Cynthia K. Mitchell, P.A., 1364 Amaryllis Lane, West Palm Beach, FL 33415.