UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:19-cv-80915-ROSENBERG

GLORIA CALDAROLA,

       Plaintiff,

vs.

DOWNTOWN WELLNESS CENTER
LLC, a Florida Limited Liability Company,
and GOLD CHIROPRACTIC, P.A., a
Florida Corporation,

       Defendants.
_____/

**PLAINTIFF'S COUNSEL'S VERIFIED STATEMENT REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT**

Pursuant to the Court's Order Requiring Certificate of Counsel Regarding any Prior Filings Under the Americans with Disabilities Act (D.E. 5), Plaintiff's counsel states as follows:

As an officer of the Court, and attorney for Plaintiff, I do hereby certify that I have conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether or not the Defendant or the property at issue has ever been sued prior to the filing of this suit, for alleged violations for the same, similar, or any, alleged violations of ADA. The search revealed that no such suits had been filed.

I hereby swear and affirm that on August 11, 2019, the statements made in this Verified Certificate of Counsel Regarding Prior Filings are true and correct to the best of my knowledge.

s/ Cynthia K. Mitchell
CYNTHIA K. MITCHELL
Florida Bar No. 0571563
Cynthia K. Mitchell, P.A.
Attorneys for Plaintiff
1364 Amaryllis Lane
West Palm Beach, Florida  33415
Telephone: 561-244-2533
Facsimile: 888-260-6181
Email: cmitchell@ckmpa.com
