UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:19-cv-80915-RLR

GLORIA CALDAROLA,

        Plaintiff,

vs.

DOWNTOWN WELLNESS CENTER
LLC, a Florida Limited Liability Company,
and GOLD CHIROPRACTIC, P.A., a
Florida Corporation,

        Defendants.

_____/

### FINAL ORDER APPROVING AND ENTERING CONSENT DECREE

**THIS CAUSE** came before the Court on the Joint Request for the Approval and Entry of Consent Decree, and the Court having reviewed the pleadings and papers filed in this cause, being advised that the parties hereto seek the Court's approval and entry of the Consent Decree entered into by the parties, it is hereby

**ORDERED AND ADJUDGED** that:

1.      The Consent Decree is **ENTERED** and **APPROVED** and the Court retains jurisdiction over this matter for the purpose of enforcement of the Consent Decree.

2.      Any pending motions are hereby **DENIED** as moot and this case is closed.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of August, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record